VINCENT M. FINIZIO et al., Copartners under the Name of INTERNATIONAL TRADING COMPANY, Appellants, *v.* AMERICAN STEEL EXPORT COMPANY, Respondent.

*Contract — written option for purchase of merchandise — may be modified by parol before acceptance.*

*Finizio* v. *American Steel Export Co.,* 192 App. Div. 571, affirmed.

(Submitted January 27, 1922; decided February 28, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1920, reversing a judgment in favor of plaintiffs entered upon a verdict and granting a new trial. The action was to recover for an alleged breach of contract. Defendant gave plaintiffs an option for the purchase of 25,000 boxes of tin. Thereafter plaintiffs accepted in writing 8,000 boxes. Defendant thereupon notified plaintiffs by parol that it would not recognize the acceptance or any future acceptance under the option unless security for payment was given. Payment for the 8,000 boxes was thereupon guaranteed. Later and before expiration of the option plaintiffs in writing accepted the remaining boxes but refused to give security for payment. The Appellate Division held that at any time before acceptance of the option defendant had the right to modify it by parol and that having notified plaintiffs that it would not accept future acceptances without security, it was justified in refusing to recognize acceptances made after such notice where plaintiffs refused to furnish security.

*Robert M. Boyd, Jr.,* for appellants.

*Merton E. Lewis* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.  Absent: McLAUGHLIN, J.